[No. 14784–6–I. Division One. April 23, 1986.]

STANLEY R. MADEI, *Appellant,* v. THE CITY OF SEATTLE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–02871–1, Frank J. Eberharter, J., entered May 9, 1984. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Schumacher and Utter, JJ. Pro Tem.

[No. 14574–6–I. Division One. April 28, 1986.]

SAM DERENDY, *Appellant,* v. KAREN KAY KUMBERA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–15492–8, Faith Enyeart, J., entered March 9, 1984. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams, J., and Revelle, J. Pro Tem. Now published at 45 Wn. App. 485.

[No. 13630–5–I. Division One. April 28, 1986.]

CHARLOTTE J. OLSON, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 82–2–00030–9, Marshall Forrest, J., entered September 14, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Webster, J.